UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────X
THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN            **PROPOSED ORDER OF**
F. O'HARE, MICHAEL SALGO and WILLIAM TYSON, and             **VOLUNTARY DISMISSAL**
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS MANAGER              20-CIV-10227 (VB)
EDWIN L. CHRISTIAN,

                              Plaintiffs,

         -against-

E.C.C.O. III ENTERPRISES, INC.,

                              Defendant.
────────────────────────────────────────X

        Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant E.C.C.O. III ENTERPRISES, INC.

Dated:  Tarrytown, New York
        December 8, 2020

                                            Respectfully submitted,

                                            BRADY McGUIRE & STEINBERG, P.C.

                                            /s/ James M. Steinberg
                                            _____
                                      By:   James M. Steinberg, Esq.
                                            Attorneys for Plaintiffs
                                            303 South Broadway, Suite 234
                                            Tarrytown, New York 10591
                                            (914) 478-4293

To:     Kristin Grizzi, General Counsel
        E.C.C.O. III Enterprises, Inc.
        201 Saw Mill River Road
        Yonkers, New York 10701

**SO ORDERED:**

[signature]
_____
**The Honorable Vincent L.
Briccetti United States District Judge**